

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DAS
F.#2003R00405

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

January 6, 2011

**BY HAND & ECF**
The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re:  United States v. Myron L. Gushlak
     Criminal Docket No. 03-833 (NGG)

Dear Judge Garaufis:

   Please find enclosed a letter from a victim relating to restitution in the above-captioned case.

          Respectfully Submitted,

          LORETTA E. LYNCH
          United States Attorney

       By: /s/Daniel Spector
          Daniel A. Spector
          Assistant U.S. Attorney
          (718) 254-6345

cc: Alan Futerfas (by email)
  ADA Charles Linehan (by email)