101

1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF NEW YORK
2     - - - - - - - - - - - - - - - X

3    UNITED STATES OF AMERICA,            03cr833

4              v.                         U.S. Courthouse
                                          Brooklyn, New York
5    MYRON GUSHLAK,
                                          November 18, 2010
6
                          Defendant.      11:15 p.m.
7
      - - - - - - - - - - - - - - - X
8

9                    TRANSCRIPT OF PROCEEDINGS
                     BEFORE THE HONORABLE NICHOLAS G. GARAUFIS
10                   UNITED STATES DISTRICT JUDGE

11
     APPEARANCES:
12
     For the Government:        LORETTA E. LYNCH, ESQ.
13                              United States Attorney
                                By:  DANIEL SPECTOR
14                              Assistant U.S. Attorney
                                271 Cadman Plaza East
15                              Brooklyn, New York 11201

16   For the Defendant:        ALAN FUTERFAS, ESQ.

17   Also Present;
     Charles Linehan,
18   Assistant District
     Attorney, NY County
19

20   Court Reporter:           Burton H. Sulzer
                                225 Cadman Plaza East
21                              Brooklyn, New York 11201
                                (718) 613-2481
22                              Fax # (718) 613-2505

23


24
     Proceedings recorded by mechanical stenography, transcript
25   produced by CAT.

1          (Open court-case called-appearances noted.)

2          THE COURT:  Please be seated.

3          Good morning.  This is a continuation of the

4     sentencing proceeding for Myron Gushlak.  I have received this

5     morning by fax an additional submission by Mr. Futerfas.

6          Have you seen a copy of that?

7          MR. SPECTOR:  Yes, your Honor.

8          THE COURT:  I have also received -- I'm not sure how

9     it got there in my chambers -- also a letter from the

10    government.

11         Have you seen that?

12         MR. FUTERFAS:  Yes, I have, your Honor.  The

13    government e-mailed it to me and I was able to view it.

14         THE COURT:  Very well.

15         I've read both documents and I don't know that I

16    need to make any further comment on them, unless you wish to

17    make a comment on them?

18         I take it that is sufficient.  You have a record.

19         MR. FUTERFAS:  With respect to my letter, I think my

20    letter is self-explanatory.  With respect to the government's

21    letter I certainly have comment.

22         THE COURT:  Tell me what your comment is.

23         MR. FUTERFAS:  My comment is, your Honor, I

24    personally met with the German authorize in May 2010.  I was

25    there and Mets with the prosecutor there and met with the two

1   detectives who were on the case and at that time we asked --

2   this was a meeting with four defense lawyers, the lawyer from

3   Germany, the lawyer from Switzerland, myself and Miss Shein.

4          We met with the government there, spoke to the

5   prosecutor -- not a detective -- and asked what the claims

6   have been for losses in the case because we wanted to get an

7   assessment of what their view of what the restitution or

8   claims or whatever was out there.  The number given us was

9   less than a hundred thousand euros -- less than a hundred

10  thousand euros.

11         The interesting thing about the government's letter

12  is, it's precisely this letter, this is precisely the reason I

13  think your Honor made the decision yesterday to put the German

14  case aside because to take this letter into account when Frick

15  may never -- who is the alleged mastermind of this, who may

16  never be brought to trial, or if he's brought to trial,

17  acquitted or maybe brought to trial in Germany and given a

18  one-year sentence, and the German authorities may decide never

19  to charge Mr. Gushlak -- to take a letter like that into

20  account would be just wrong from so many different

21  perspectives.

22         I think what your Honor said, we're not going to

23  have that trial here.  This letter proves why your Honor is

24  correct in the determination not to have the German trial in

25  this courtroom; let them do it, they have investigated it,

1    it's their case with their citizens and let them bring it.

2         If they have a case against Mr. Gushlak let them

3    bring it.  If they want to sentence him over there, if they

4    can bring a case and convict him, let them sentence him, but I

5    think your Honor's decision yesterday to not have that trial

6    in this courtroom on incomplete information was accurate.

7         THE COURT:  Do you have any comments on the letter

8    that I received from defense counsel?

9         MR. SPECTOR:  Obviously we oppose the assertions

10   made.  To the extent the court is not going to revisit any of

11   its rulings, we don't feel any response is necessary.

12        THE COURT:   All right.

13        Let me ask the government also, with respect to the

14   victims of the crimes to which the defendant has pleaded

15   guilty, have you informed the victims?

16        Do you know who the victims are?

17        I'm obligated to give the victims an opportunity to

18   address the court if they can be found and they have the

19   desire to do so.

20        MR. SPECTOR:  I don't know the answer to that

21   question.  We have not notified victims because of the

22   proceedings being under seal.  The addresses we have are

23   somewhat old.  I haven't looked at that issue closely because

24   we'll deal with it at the time of restitution.  But they

25   haven't been notified.

1          THE COURT:  I'm not going to determine restitution

2     for 90 days.  We will set a schedule on that proceeding when

3     I'm finished with the rest of the sentencing.

4          MR. SPECTOR:  Thank you, Judge.

5          MR. FUTERFAS:  Your Honor, may I speak to that issue

6     very briefly?

7          THE COURT:  Sure.

8          MR. FUTERFAS:  In Exhibit M to our reply sentencing

9     memorandum, we include a copy of the amended judgment in U.S.

10    versus Howard Appel.  An exhibit to that, for the purposes of

11    restitution, lists all the names of individuals who have been

12    contacted and with respect to all of his, Mr. Appel's, cases,

13    including GlobalNet.  So I think that has already been done,

14    your Honor.

15         MR. SPECTOR:  We can address that at the appropriate

16    time, your Honor.

17         THE COURT:  Ordinarily this would be the

18    appropriate time.

19         MR. SPECTOR:  I understand, Judge.

20         THE COURT:  I just point that out.

21         Certainly, if any of the victims wish to be heard in

22    connection with restitution, I'll be happy to hear from them

23    prior to issuing a final judgment including restitution.

24         MR. SPECTOR:  Thank you, Judge.

25         THE COURT:  Now, during yesterday's proceedings the

1    court determined that defendant's total offense level is a 31

2    and that under the 2000 Sentencing Guidelines, which are

3    operative in this case, the defendant's advisory guidelines

4    range is 108 to 135 months in the custody of the Attorney

5    General.  This was based in part on a base offense level of 23

6    for count two.

7              Before I go any further, is there any comment on the

8    base offense level by any of the parties?

9              MR. FUTERFAS:  No, your Honor.

10             MR. SPECTOR:  No, Judge.

11             THE COURT:  All right.  Let me go forward then.

12             Yesterday the court indicated that it would put off

13   the discussion of the fine applicable to defendant until its

14   discussion of the application of the 3553(a) factors in the

15   determination of the defendant's sentence.

16             Under Section 5E1.2C4 of the 2000 guidelines, the

17   maximum fine indicated by the guidelines for an offense level

18   of 31 does not apply to the defendant because other statutes

19   authorize a higher fine than that provided for in 5E1.2.

20             Specifically, 18 United States Code,

21   Section 1956(a)(1) and Section 1956(h) authorize the court to

22   impose a fine equal to twice the value of the property

23   involved in the money laundering transactions to which

24   defendant has pleaded guilty.

25             In his plea colloquy and in count two of the

1    information, defendant admitted that he laundered the funds

2    obtained from the three sets of sales of securities listed as

3    overt acts in furtherance of the securities fraud conspiracy

4    charged in count one of the information.

5            These three sets of sales of securities yielded at

6    least $13,868,665.50.  Under 18 United States Code,

7    Section 1956 (a)(1), the court may impose a fine equal to

8    twice the amount of the property involved in the money

9    laundering transactions.  Therefore, the maximum authorized

10   fine is $27,737,311.

11           With regard to the factors that I must consider

12   under Title 18 United States Code, Section 3553(a) let me say

13   the following:  Application of the Section 3553(a) factors to

14   the defendant present the court with several challenges, the

15   first of which is defendant's inconsistent behavior with

16   respect to his cooperation.  On one hand, defendant promptly

17   approached the New York County District Attorney's office when

18   he learned of that office's investigation into his fraudulent

19   pump and dump scheme.

20           Defendant, a Canadian citizen living in Grand

21   Cayman, came to the United States of his own volition, fully

22   disclosed his fraudulent activities to the government and

23   entered a guilty plea to the information.

24           Over the next six years defendant met numerous times

25   with several U.S. law enforcement agencies to provide them

1   with intelligence on suspected fraudsters and to allow them to

2   make use of his technical expertise relating to fraudulent

3   schemes.

4          There are indications that his cooperation was

5   useful to the government in identifying fraudulent activity

6   and securing the cooperation of others engaged in similar

7   securities fraud schemes.

8          Defense counsel has represented to the court that he

9   has been informed by a former assistant United States attorney

10  in this district that the office at one time was in possession

11  of a draft document detailing the benefits of defendant's

12  cooperation.

13         But defendant was far from a model cooperator.

14  There are substantial and troubling indications that defendant

15  regarded the secrecy of his cooperation not as a necessary

16  protection of his future usefulness to the government but as a

17  license to continue to deceive those with whom he conducted

18  business.

19         In a brazen example of defendant's efforts to take

20  advantage of the secrecy of his cooperation, the Website of

21  defendant's private investment bank continued to display for

22  several years after defendant pleaded guilty the name and logo

23  of GlobalNet as a former client.  GlobalNet was one of three

24  companies whose stock defendant pleaded guilty to pumping and

25  dumping in 2003.

1        Defendant was only able to use the name and logo of

2   the company to entice future clients because the information

3   charging him with fraud in relation to GlobalNet was kept

4   under seal.

5        The government has also provided the court with

6   direct evidence of defendant's false statements to a business

7   associate, Patrick Kealy, about the defendant's history and

8   involvement with U.S. law enforcement agencies.

9   Contemporaneous with his lies to Kealy, the government

10  represents that the defendant pressured the New York County's

11  District Attorney's office not to put him on the witness stand

12  in a case that was then set for trial.

13       While reluctance to testify is not unknown among

14  witnesses in general, it should have been one of defendant's

15  most important goals as the opportunity to testify would

16  provide the government with compelling evidence to include in

17  a Section 5K1.1 substantial assistance motion that defendant

18  believed the government would make on his behalf.

19       The court can only infer from this behavior that

20  defendant was less concerned with this court's sentencing

21  decision than he was with presenting himself from being outed

22  as a convicted felon and fraudster because of the obvious

23  negative impact that information would have on his business

24  activities.

25       While defendant argues that he lied to Kealy because

1   he believed he was obligated to do so by his cooperation

2   agreement, he freely admits that he did not at any time seek

3   the government's advice on how to handle the inquiry which

4   prompted his lie.

5          Indeed, defendant's sentencing submissions indicate

6   that keeping secret the fraudulent schemes that are the basis

7   for this conviction has always been a central goal of

8   defendant's cooperation.

9          Defendant notes in his sentencing memorandum that he

10  pressed the government to quickly release him from jail

11  following his initial arrest so that others against whom

12  defendant could cooperate would not learn of the U.S.

13  Attorney's office's investigation into his conduct.  It seems

14  apparent that defendant has always been more interested in

15  keeping his cooperation secret than the government has.

16         Defendant's behavior has also been inconsistent with

17  the appropriate relationship between cooperator and his law

18  enforcement handlers.  As the government has argued in this

19  sentencing proceeding, and as the court well knows from

20  observing the testimony of numerous cooperating witnesses over

21  the last ten years, an essential attribute of a successful

22  cooperating witness is the credibility that witness earns from

23  fully disclosing all relevant and potentially inculpatory

24  information to the government.

25         There are several examples of defendant's failure to

1  keep the government fully apprised of relevant information.

2  First, by defendant's own admission in this proceeding, he

3  failed to promptly notify the government that he is being

4  investigated by the German authorities for securities fraud, a

5  fact which would have been damning to the prosecution's case

6  were it to come out in a trial in which defendant had been

7  called to testify.

8        Second, defendant earned a fortune speculating on

9  penny energy stocks mere months after telling the government

10 that he lacked the means to pay a relatively small forfeiture

11 judgment, but failed to tell the government this until after

12 he funneled what now amounts to $50 million into an

13 irrevocable trust he established for the benefit of his

14 children.

15       Defendant admitted to the court that even though he

16 knew he would be subject to a fine and an order of restitution

17 as a result of a guilty plea, defendant did not consult with

18 the government before placing these substantial assets into a

19 trust which is potentially beyond the reach of this court's

20 legal process.  Defendant never approached the government to

21 ask how he might use his sudden wealth to pay restitution to

22 the victims of his criminal conduct.

23       Finally, when the government confronted defendant

24 with its concerns about his cooperation, he declined to meet

25 with the government face-to-face to explain his conduct.

112

1         Yesterday defendant stated to the court that his son

2    Ryan is ill and needs his constant support as he recovers from

3    his serious depression.  The court is most sympathetic to his

4    son's condition, but defendant also admitted yesterday that he

5    has not informed Ryan of his guilty plea over seven years ago

6    or that is being sentenced and faces years of prison time.

7         Instead of preparing his son for the reality of life

8    without him, defendant has chosen to conceal his criminal

9    conduct from the one person who is closest to him and about

10   whom he claims to care the most.  These and other facts compel

11   the court to question whether defendant is truly remorseful

12   for his criminal conduct and appreciates the seriousness of

13   the offenses he committed.

14        While defendant is entitled to some credit for his

15   assistance to law enforcement, he is not situated similarly to

16   Mr. Appel, one of his coconspirators in the GlobalNet fraud,

17   who received an extremely lenient sentence as a result of his

18   extensive cooperation.

19        The court finds that a stiffer sentence is warranted

20   for, among other reasons, the history and characteristics of

21   this particular defendant, the need to protect the public from

22   further crimes by the defendant, and to promote respect for

23   the law.

24        To be perfectly clear, the sentence imposed by the

25   court today is not influenced in any way by the government's

1  submission of evidence purporting to show that defendant has

2  engaged in securities fraud in Germany.  As the court

3  explained yesterday, that evidence was relevant only to the

4  court's conclusion that the government had a good-faith basis

5  to determine that defendant breached his cooperation

6  agreement.

7        In determining the proper balance to strike between

8  a term of incarceration and the amount of the fine, the court

9  has carefully considered the 3553(a) factors, the factors

10 listed in Section 5E1.2(d) of the 2000 Sentencing Guidelines,

11 and the need for the court to enter an order of restitution

12 under 18 United States Code, Sections 3663 and 3664.

13        The court agrees with the government's argument that

14 it should impose a longer term of incarceration in relation to

15 the size of the fine than in other similar cases because

16 defendant's assets are located outside the United States and

17 will be difficult for the government to reach.

18        While the court is advised that the defendant is the

19 owner or beneficial owner of significant assets, any fine

20 imposed by the court would have reduced deterrent and punitive

21 value because of the difficulty of enforcing the judgment on

22 assets outside the United States.  However, the court does not

23 agree that all defendant's assets are necessarily unreachable.

24        For example, enterprising assistants in the U.S.

25 Attorney's office may have success in pursuing the assets of

114

1    Crossroads TrustCrossroads Trust under a fraudulent conveyance

2    or other legal theory.

3            Furthermore, a fine will serve to provide a modicum

4    of protection to U.S. investors who are at risk of harm from

5    financial crimes defendant might perpetrate after he serves

6    his prison sentence and is deported.

7            In the future, defendant will have to carefully

8    avoid the United States to avoid the risk that any of his

9    assets, intangible or otherwise, could come within the

10   jurisdiction of the United States courts.

11           A large fine is also warranted in this case because

12   of the significant risk that defendant is in possession of

13   assets that he has not disclosed to the court, in addition to

14   his considerable disclosed assets and the reasonable

15   probability defendant will be able to pay the fine with the

16   proceeds of his investment activities following his release

17   from prison.

18           Are you ready to be sentenced?

19           MR. SPECTOR:  Judge, I'm sorry, there's just one

20   minor factual correction.

21           THE COURT:   Let me hear it.

22           MR. SPECTOR:  The case in 2007, where it was

23   contemplated the defendant would testify as a witness, that

24   was a case brought by our office and not the New York County

25   District Attorney's office.

1          THE COURT:   Thank you.   I stand corrected.

2          MR. FUTERFAS:   Your Honor, may I?

3          THE COURT:   Go ahead.

4          MR. FUTERFAS:   As we put in our memo, the reason

5    that he didn't want to be revealed that he was arrested when

6    Mr. Gushlak was arrested in 2003 was to accommodate law

7    enforcement who wanted to use him specifically to --

8    specifically the state authorities wanted to use him

9    immediately and if it became public that he was arrested

10   people he might be able to contact would not be willing to

11   speak with him.   That's it, your Honor.

12         THE COURT:   All right.

13         I understand your position on that, but my comments

14   go to the entire period from the time of his arrest to the

15   present.

16         I didn't describe my concerns based on the snapshot

17   in time, I described my concerns and my findings because of

18   his behavior over a lengthy period of time.   But your point is

19   made and I understand it.   Thank you.

20         Mr. Gushlak, will you please come up here with your

21   attorney.   Are you ready to be sentenced, sir?

22         THE DEFENDANT:   Yes, sir.

23         THE COURT:   On count one, I sentence you to

24   60 months in the custody of the Attorney General, which is the

25   statutory maximum, and that will be concurrent with the

1  sentence that I will now impose on count two.

2          On count two, I sentence you to 72 months in the

3  custody of the Attorney General.  I am imposing a fine of

4  $25 million payable immediately.  I am imposing a period of

5  supervised release of three years on the two counts.  There is

6  a special assessment of $200.  Restitution will be finalized

7  within 90 days.

8          The following special conditions apply to your

9  supervised release:  You must comply with the restitution

10  order.  You must pay the fine as ordered by the court.  You

11  will provide full financial disclosure to the Probation

12  Department.  You shall not possess a firearm, ammunition or

13  destructive device.

14          If you are excluded from the United States in a

15  separate proceeding brought by the U.S. Department of Homeland

16  Security, you may not reenter the United States illegally.

17          With regard to the payment schedule and restitution,

18  the fine is due and payable immediately in a lump sum, as I

19  said; however, the court will make a determination of the

20  actual amounts of loss suffered by the victims of your

21  offenses and will enter an order of restitution within 90 days

22  of today's date, under Title 18 United States Code,

23  Section 3664(d)(5).

24          Under Sentencing Guideline 5E1.1(c) any funds

25  obtained from the defendant in payment of sum or all of the

1   fine shall be retained until such time as the court enters an

2   order of restitution.  When the court enters an order of

3   restitution, the funds obtained from the defendant shall first

4   be applied to satisfy the order of restitution before being

5   applied toward defendant's fine.

6            With respect to forfeiture, because the court did

7   not find by a preponderance of the evidence that the defendant

8   fraudulently induced the government into entering into an

9   amended forfeiture agreement, the court will not void the

10  preliminary order of forfeiture and it becomes the final order

11  of forfeiture on entry of judgment against the defendant.

12           You have the right to appeal your sentence to the

13  United States Court of Appeals for the Second Circuit if you

14  believe the court has not properly followed the law in

15  sentencing you.  Your time to appeal is extremely limited and

16  therefore you should discuss with your attorneys at once

17  whether an appeal would be worthwhile.

18           Do you understand?

19           THE DEFENDANT:  Yes, sir.

20           THE COURT:  Anything else from the government.

21           MR. SPECTOR:  Yes, your Honor.  Two matters.  First,

22  we would seek a special condition of supervised release and

23  that the defendant not engage in any way in the securities

24  industry, directly or indirectly.  It's a bit theoretical

25  since he'll be outside the United States, but I think it's an

1  appropriate condition to impose.

2         THE COURT:  I can't control what he does outside of

3  the United States.  I will impose it with respect to any

4  activity that touches or concerns the securities industry in

5  the United States.

6         If you would like to provide me with specific

7  language, provide it, with a copy to Mr. Futerfas, and I will

8  consider it to be placed in the judgment after hearing from

9  Mr. Futerfas.

10        MR. FUTERFAS:  Your Honor -- do you have anything

11 else, Mr. Spector?

12        MR. SPECTOR:  Yes, your Honor.  We are also seeking

13 the defendant's remand into custody at this time.

14        THE COURT:  Mr. Futerfas.

15        MR. FUTERFAS:  Your Honor, first, if your Honor

16 could designate a facility or recommend a facility in the

17 Northeast Region that would be --

18        THE COURT:  Yes, I recommend, but I cannot require,

19 that the Bureau of Prisons designate the defendant to an

20 appropriate facility in the Northeast Region of the United

21 States.

22        I also request that the designation be made as

23 promptly as possible, and I request the government's

24 assistance in making the designation so that the defendant may

25 be transferred to such a facility in the next several weeks.

119

1        MR. FUTERFAS:  The second thing, your Honor, is,

2   because he's not a citizen, it's not clear whether he would be

3   camp eligible or not.  To the extent that your Honor can

4   recommend the most lenient facility, obviously it's a first

5   offense and all the other factors -- he has been here before

6   the court for years --

7        THE COURT:  I authorize the government and the

8   defense to advise the Bureau of Prisons that the defendant has

9   been totally cooperative with the court in appearing in court

10  whenever required to do so, appearing here for sentencing over

11  a period of two days and that, as to his behavior before the

12  court, it has always been decorous and the court believes,

13  that if the regulations permit, the defendant should be placed

14  in a camp setting during the period of his sentence.

15        Anything else?

16        MR. FUTERFAS:  The last thing I have, your Honor, is

17  that I would like an opportunity, if possible -- Mr. Gushlak

18  is being sentenced Friday, December 3rd by Judge Hayes --

19  Mr. Gushlak have an opportunity to visit with his son not

20  behind a wall or behind a glass.

21        THE COURT:  Is his son here?

22        MR. FUTERFAS:  No.  His son is in Indiana -- and

23  that he would surrender directly December 1st or December 2nd,

24  which is just, I don't know, ten days away, seven days away.

25        THE COURT:  I'm remanding the defendant to the

1   custody of the Marshals Service at this time.

2          Anything further from the government?

3          MR. SPECTOR:  Not from the government, your Honor.

4          THE COURT:  Let me give and you schedule for

5   restitution.

6          The briefing schedule for restitution is that the

7   government's evidentiary submissions as to the victims' actual

8   losses and any memorandum of law that may be necessary are due

9   Monday, December 20, 2010.

10         Defense's response is due Monday January 10, 2011.

11  The government's reply, if any, is due Monday, January 17,

12  2011.

13         The court will schedule a hearing date if it

14  determines one is necessary.

15         Any hearing will occur sufficiently soon after the

16  briefs have been submitted to give the court time to make its

17  determination of restitution within the statutory 90-day

18  period which ends on Wednesday, February 16, 2011.

19         Because the court is obligated to make a final

20  determination in 90 days, the court will grant no extensions

21  of the schedule.

22         Do you understand?

23         MR. SPECTOR:  Yes, your Honor.

24         THE COURT:  You understand?

25         MR. FUTERFAS:  Yes, your Honor.

121

1      THE COURT:  Anything further?

2      MR. SPECTOR:  We would seek that the entire case now

3   be unsealed, with the understanding that within two weeks

4   we'll provide proposed redacted versions of certain documents.

5      MR. FUTERFAS:  I would request that the case remain

6   sealed until we provide that.  There is lots of information

7   that I think the government and I would agree should remain

8   under seal, so do it the other way.

9      THE COURT:  All right.

10      As a practical matter, until I get a redacted

11   version of whatever you want to remain sealed, it would be

12   impossible to place all the materials on the public docket.

13      Whichever way you say it, the documents remain

14   sealed and the transcripts remain sealed, as to those

15   proceedings which took place under seal, until such time as I

16   receive your agreement as to the items that should be removed

17   from the public record, but I'm going to give you two weeks to

18   complete the process.

19      If you need more time, Mr. Futerfas, you'll apply

20   for it I'm sure.  Neither counsel here is reluctant to contact

21   the court, based on prior experience.

22      Anything else from the government for today?

23      MR. SPECTOR:  No, your Honor.

24      THE COURT:   Anything else from you, sir?

25      MR. FUTERFAS:  Can I have a minute with Mr. Gushlak

122

1    before they bring him into the back, just to consult?

2              THE COURT:   That's fine.

3              Thank you everyone.  All right, I have signed an

4    order remanding the defendant to the custody of the Marshals

5    Service.

6              Thank you all.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

**$**

**$13,868,665.50** [1] - 107:6
**$200** [1] - 116:6
**$25** [1] - 116:4
**$27,737,311** [1] - 107:10
**$50** [1] - 111:12

**0**

**03cr833** [1] - 101:3

**1**

**10** [1] - 120:10
**108** [1] - 106:4
**11201** [2] - 101:15, 101:21
**11:15** [1] - 101:6
**135** [1] - 106:4
**16** [1] - 120:18
**17** [1] - 120:11
**18** [6] - 101:5, 106:20, 107:6, 107:12, 113:12, 116:22
**1956** [1] - 107:7
**1956(a)(1** [1] - 106:21
**1956(h** [1] - 106:21
**1st** [1] - 119:23

**2**

**20** [1] - 120:9
**2000** [3] - 106:2, 106:16, 113:10
**2003** [2] - 108:25, 115:6
**2007** [1] - 114:22
**2010** [3] - 101:5, 102:24, 120:9
**2011** [3] - 120:10, 120:12, 120:18
**225** [1] - 101:20
**23** [1] - 106:5
**271** [1] - 101:14
**2nd** [1] - 119:23

**3**

**31** [2] - 106:1, 106:18
**3553(a** [4] - 106:14, 107:12, 107:13, 113:9
**3663** [1] - 113:12
**3664** [1] - 113:12
**3664(d)(5)** [1] - 116:23
**3rd** [1] - 119:18

**5**

**5E1.1(c** [1] - 116:24
**5E1.2** [1] - 106:19
**5E1.2(d** [1] - 113:10
**5E1.2C4** [1] - 106:16

**5K1.1** [1] - 109:17

**6**

**60** [1] - 115:24
**613-2481** [1] - 101:21
**613-2505** [1] - 101:22

**7**

**718** [2] - 101:21, 101:22
**72** [1] - 116:2

**9**

**90** [4] - 105:2, 116:7, 116:21, 120:20
**90-day** [1] - 120:17

**A**

**a)(1** [1] - 107:7
**able** [4] - 102:13, 109:1, 114:15, 115:10
**accommodate** [1] - 115:6
**account** [2] - 103:14, 103:20
**accurate** [1] - 104:6
**acquitted** [1] - 103:17
**activities** [3] - 107:22, 109:24, 114:16
**activity** [2] - 108:5, 118:4
**acts** [1] - 107:3
**actual** [2] - 116:20, 120:7
**addition** [1] - 114:13
**additional** [1] - 102:5
**address** [2] - 104:18, 105:15
**addresses** [1] - 104:22
**admission** [1] - 111:2
**admits** [1] - 110:2
**admitted** [3] - 107:1, 111:15, 112:4
**advantage** [1] - 108:20
**advice** [1] - 110:3
**advise** [1] - 119:8
**advised** [1] - 113:18
**advisory** [1] - 106:3
**agencies** [2] - 107:25, 109:8
**ago** [1] - 112:5
**agree** [2] - 113:23, 121:7
**agreement** [4] - 110:2, 113:6, 117:9, 121:16
**agrees** [1] - 113:13
**ahead** [1] - 115:3
**ALAN** [1] - 101:16
**alleged** [1] - 103:15
**allow** [1] - 108:1
**amended** [2] - 105:9, 117:9
**AMERICA** [1] - 101:3
**ammunition** [1] - 116:12
**amount** [2] - 107:8, 113:8
**amounts** [2] - 111:12, 116:20

**answer** [1] - 104:20
**apparent** [1] - 110:14
**appeal** [3] - 117:12, 117:15, 117:17
**Appeals** [1] - 117:13
**APPEARANCES** [1] - 101:11
**appearances** [1] - 102:1
**appearing** [2] - 119:9, 119:10
**Appel** [2] - 105:10, 112:16
**Appel's** [1] - 105:12
**applicable** [1] - 106:13
**application** [2] - 106:14, 107:13
**applied** [2] - 117:4, 117:5
**apply** [3] - 106:18, 116:8, 121:19
**appreciates** [1] - 112:12
**apprised** [1] - 111:1
**approached** [2] - 107:17, 111:20
**appropriate** [5] - 105:15, 105:18, 110:17, 118:1, 118:20
**argued** [1] - 110:18
**argues** [1] - 109:25
**argument** [1] - 113:13
**arrest** [2] - 110:11, 115:14
**arrested** [3] - 115:5, 115:6, 115:9
**aside** [1] - 103:14
**assertions** [1] - 104:9
**assessment** [2] - 103:7, 116:6
**assets** [9] - 111:18, 113:16, 113:19, 113:22, 113:23, 113:25, 114:9, 114:13, 114:14
**assistance** [3] - 109:17, 112:15, 118:24
**assistant** [1] - 108:9
**Assistant** [2] - 101:14, 101:18
**assistants** [1] - 113:24
**associate** [1] - 109:7
**Attorney** [6] - 101:13, 101:14, 101:18, 106:4, 115:24, 116:3
**attorney** [2] - 108:9, 115:21
**Attorney's** [5] - 107:17, 109:11, 110:13, 113:25, 114:25
**attorneys** [1] - 117:16
**attribute** [1] - 110:21
**authorities** [3] - 103:18, 111:4, 115:8
**authorize** [4] - 102:24, 106:19, 106:21, 119:7
**authorized** [1] - 107:9
**avoid** [2] - 114:8

**B**

**balance** [1] - 113:7
**bank** [1] - 108:21
**base** [2] - 106:5, 106:8
**based** [3] - 106:5, 115:16, 121:21
**basis** [2] - 110:6, 113:4
**became** [1] - 115:9
**becomes** [1] - 117:10
**BEFORE** [1] - 101:9
**behalf** [1] - 109:18
**behavior** [5] - 107:15, 109:19, 110:16,

115:18, 119:11
**behind** [2] - 119:20
**believes** [1] - 119:12
**beneficial** [1] - 113:19
**benefit** [1] - 111:13
**benefits** [1] - 108:11
**between** [2] - 110:17, 113:7
**beyond** [1] - 111:19
**bit** [1] - 117:24
**brazen** [1] - 108:19
**breached** [1] - 113:5
**briefing** [1] - 120:6
**briefly** [1] - 105:6
**briefs** [1] - 120:16
**bring** [4] - 104:1, 104:3, 104:4, 122:1
**Brooklyn** [3] - 101:4, 101:15, 101:21
**brought** [5] - 103:16, 103:17, 114:24, 116:15
**Bureau** [2] - 118:19, 119:8
**Burton** [1] - 101:20
**business** [3] - 108:18, 109:6, 109:23

## C

**Cadman** [2] - 101:14, 101:20
**called-appearances** [1] - 102:1
**camp** [2] - 119:3, 119:14
**Canadian** [1] - 107:20
**cannot** [1] - 118:18
**care** [1] - 112:10
**carefully** [2] - 113:9, 114:7
**case** [15] - 102:1, 103:1, 103:6, 103:14, 104:1, 104:2, 104:4, 106:3, 109:12, 111:5, 114:11, 114:22, 114:24, 121:2, 121:5
**cases** [2] - 105:12, 113:15
**CAT** [1] - 101:25
**Cayman** [1] - 107:21
**central** [1] - 110:7
**certain** [1] - 121:4
**certainly** [2] - 102:21, 105:21
**challenges** [1] - 107:14
**chambers** [1] - 102:9
**characteristics** [1] - 112:20
**charge** [1] - 103:19
**charged** [1] - 107:4
**charging** [1] - 109:3
**Charles** [1] - 101:17
**children** [1] - 111:14
**chosen** [1] - 112:8
**Circuit** [1] - 117:13
**citizen** [2] - 107:20, 119:2
**citizens** [1] - 104:1
**claims** [3] - 103:5, 103:8, 112:10
**clear** [2] - 112:24, 119:2
**client** [1] - 108:23
**clients** [1] - 109:2
**closely** [1] - 104:23
**closest** [1] - 112:9
**coconspirators** [1] - 112:16

**Code** [5] - 106:20, 106:6, 107:12, 113:12, 116:22
**colloquy** [1] - 106:25
**comment** [6] - 102:16, 102:17, 102:21, 102:22, 102:23, 106:7
**comments** [2] - 104:7, 115:13
**committed** [1] - 112:13
**companies** [1] - 108:24
**company** [1] - 109:2
**compel** [1] - 112:10
**compelling** [1] - 109:16
**complete** [1] - 121:18
**comply** [1] - 116:9
**conceal** [1] - 112:8
**concerned** [1] - 109:20
**concerns** [4] - 111:24, 115:16, 115:17, 118:4
**conclusion** [1] - 113:4
**concurrent** [1] - 115:25
**condition** [3] - 112:4, 117:22, 118:1
**conditions** [1] - 116:8
**conduct** [5] - 110:13, 111:22, 111:25, 112:9, 112:12
**conducted** [1] - 108:17
**confronted** [1] - 111:23
**connection** [1] - 105:22
**consider** [2] - 107:11, 118:8
**considerable** [1] - 114:14
**considered** [1] - 113:9
**conspiracy** [1] - 107:3
**constant** [1] - 112:2
**consult** [2] - 111:17, 122:1
**contact** [2] - 115:10, 121:20
**contacted** [1] - 105:12
**contemplated** [1] - 114:23
**contemporaneous** [1] - 109:9
**continuation** [1] - 102:3
**continue** [1] - 108:17
**continued** [1] - 108:21
**control** [1] - 118:2
**conveyance** [1] - 114:1
**convict** [1] - 104:4
**convicted** [1] - 109:22
**conviction** [1] - 110:7
**cooperate** [1] - 110:12
**cooperating** [2] - 110:20, 110:22
**cooperation** [12] - 107:16, 108:4, 108:6, 108:12, 108:15, 108:20, 110:1, 110:8, 110:15, 111:24, 112:18, 113:5
**cooperative** [1] - 119:9
**cooperator** [2] - 108:13, 110:17
**copy** [3] - 102:6, 105:9, 118:7
**correct** [1] - 103:24
**corrected** [1] - 115:1
**correction** [1] - 114:20
**counsel** [3] - 104:8, 108:8, 121:20
**count** [6] - 106:6, 106:25, 107:4, 115:23, 116:1, 116:2
**counts** [1] - 116:5
**County** [3] - 101:18, 107:17, 114:24

**County's** [1] - 109:10
**court** [2] - 102:1, 119:9
**COURT** [1] - 101:1
**Court** [2] - 101:20, 117:13
**court's** [3] - 109:20, 111:19, 113:4
**court-case** [1] - 102:1
**Courthouse** [1] - 101:4
**courtroom** [2] - 103:25, 104:6
**courts** [1] - 114:10
**credibility** [1] - 110:22
**credit** [1] - 112:14
**crimes** [3] - 104:14, 112:22, 114:5
**criminal** [3] - 111:22, 112:8, 112:12
**Crossroads** [1] - 114:1
**custody** [6] - 106:4, 115:24, 116:3, 118:13, 120:1, 122:4

## D

**damning** [1] - 111:5
**DANIEL** [1] - 101:13
**date** [2] - 116:22, 120:13
**days** [7] - 105:2, 116:7, 116:21, 119:11, 119:24, 120:20
**deal** [1] - 104:24
**deceive** [1] - 108:17
**December** [4] - 119:18, 119:23, 120:9
**decide** [1] - 103:18
**decision** [3] - 103:13, 104:5, 109:21
**declined** [1] - 111:24
**decorous** [1] - 119:12
**defendant** [53] - 104:14, 106:13, 106:18, 106:24, 107:1, 107:14, 107:16, 107:20, 107:24, 108:13, 108:14, 108:22, 108:24, 109:1, 109:10, 109:17, 109:20, 109:25, 110:9, 110:12, 110:14, 111:6, 111:8, 111:15, 111:17, 111:20, 111:23, 112:1, 112:4, 112:8, 112:11, 112:14, 112:21, 112:22, 113:1, 113:5, 113:18, 114:5, 114:7, 114:12, 114:15, 114:23, 116:25, 117:3, 117:7, 117:11, 117:23, 118:19, 118:24, 119:8, 119:13, 119:25, 122:4
**Defendant** [2] - 101:6, 101:16
**DEFENDANT** [2] - 115:22, 117:19
**defendant's** [19] - 106:1, 106:3, 106:15, 107:15, 108:11, 108:19, 108:21, 109:6, 109:7, 109:14, 110:5, 110:8, 110:16, 110:25, 111:2, 113:16, 113:23, 117:5, 118:13
**defense** [4] - 103:2, 104:8, 108:8, 119:8
**defense's** [1] - 120:10
**Department** [2] - 116:12, 116:15
**deported** [1] - 114:6
**depression** [1] - 112:3
**describe** [1] - 115:16
**described** [1] - 115:17
**designate** [2] - 118:16, 118:19
**designation** [2] - 118:22, 118:24

3

desire [1] - 104:19
destructive [1] - 116:13
detailing [1] - 108:11
detective [1] - 103:5
detectives [1] - 103:1
determination [5] - 103:24, 106:15, 116:19, 120:17, 120:20
determine [2] - 105:1, 113:5
determined [1] - 106:1
determines [1] - 120:14
determining [1] - 113:7
deterrent [1] - 113:20
device [1] - 116:13
different [1] - 103:20
difficult [1] - 113:17
difficulty [1] - 113:21
direct [1] - 109:6
directly [2] - 117:24, 119:23
disclosed [3] - 107:22, 114:13, 114:14
disclosing [1] - 110:23
disclosure [1] - 116:11
discuss [1] - 117:16
discussion [2] - 106:13, 106:14
display [1] - 108:21
DISTRICT [3] - 101:1, 101:1, 101:10
district [1] - 108:10
District [4] - 101:18, 107:17, 109:11, 114:25
docket [1] - 121:12
document [1] - 108:11
documents [3] - 102:15, 121:4, 121:13
done [1] - 105:13
draft [1] - 108:11
due [4] - 116:18, 120:8, 120:10, 120:11
dump [1] - 107:19
dumping [1] - 108:25
during [2] - 105:25, 119:14

## E

e-mailed [1] - 102:13
earned [1] - 111:8
earns [1] - 110:22
East [2] - 101:14, 101:20
EASTERN [1] - 101:1
efforts [1] - 108:19
eligible [1] - 119:3
ends [1] - 120:18
energy [1] - 111:9
enforcement [5] - 107:25, 109:8, 110:18, 112:15, 115:7
enforcing [1] - 113:21
engage [1] - 117:23
engaged [2] - 108:6, 113:2
enter [2] - 113:11, 116:21
entered [1] - 107:23
entering [1] - 117:8
enterprising [1] - 113:24
enters [2] - 117:1, 117:2
entice [1] - 109:2

entire [2] - 115:14, 121:2
entitled [1] - 112:14
entry [1] - 117:11
equal [2] - 106:22, 107:7
ESQ [2] - 101:12, 101:16
essential [1] - 110:21
established [1] - 111:13
euros [2] - 103:9, 103:10
evidence [5] - 109:6, 109:16, 113:1, 113:3, 117:7
evidentiary [1] - 120:7
example [2] - 108:19, 113:24
examples [1] - 110:25
excluded [1] - 116:14
Exhibit [1] - 105:8
exhibit [1] - 105:10
experience [1] - 121:21
expertise [1] - 108:2
explain [1] - 111:25
explained [1] - 113:3
explanatory [1] - 102:20
extensions [1] - 120:20
extensive [1] - 112:18
extent [2] - 104:10, 119:3
extremely [2] - 112:17, 117:15

## F

face [2] - 111:25
face-to-face [1] - 111:25
faces [1] - 112:6
facility [5] - 118:16, 118:20, 118:25, 119:4
fact [1] - 111:5
factors [6] - 106:14, 107:11, 107:13, 113:9, 119:5
facts [1] - 112:10
factual [1] - 114:20
failed [2] - 111:3, 111:11
failure [1] - 110:25
faith [1] - 113:4
false [1] - 109:6
far [1] - 108:13
Fax [1] - 101:22
fax [1] - 102:5
February [1] - 120:18
felon [1] - 109:22
final [3] - 105:23, 117:10, 120:19
finalized [1] - 116:6
finally [1] - 111:23
financial [2] - 114:5, 116:11
findings [1] - 115:17
fine [19] - 106:13, 106:17, 106:19, 106:22, 107:7, 107:10, 111:16, 113:8, 113:15, 113:19, 114:3, 114:11, 114:15, 116:3, 116:10, 116:18, 117:1, 117:5, 122:2
finished [1] - 105:3
firearm [1] - 116:12
first [6] - 107:15, 111:2, 117:3, 117:21,

118:15, 119:4
followed [1] - 117:14
following [4] - 107:13, 110:11, 114:16, 116:8
forfeiture [5] - 111:10, 117:6, 117:9, 117:10, 117:11
former [2] - 108:9, 108:23
fortune [1] - 111:8
forward [1] - 106:11
four [1] - 103:2
fraud [6] - 107:3, 108:7, 109:3, 111:4, 112:16, 113:2
fraudster [1] - 109:22
fraudsters [1] - 108:1
fraudulent [6] - 107:18, 107:22, 108:2, 108:5, 110:6, 114:1
fraudulently [1] - 117:8
freely [1] - 110:2
Frick [1] - 103:14
Friday [1] - 119:18
full [1] - 116:11
fully [3] - 107:21, 110:23, 111:1
funds [1] - 107:1, 116:24, 117:3
funneled [1] - 111:12
furtherance [1] - 107:3
furthermore [1] - 114:3
FUTERFAS [17] - 101:16, 102:12, 102:19, 102:23, 105:5, 105:8, 106:9, 115:2, 115:4, 118:10, 118:15, 119:1, 119:16, 119:22, 120:25, 121:5, 121:25
Futerfas [5] - 102:5, 118:7, 118:9, 118:14, 121:19
future [3] - 108:16, 109:2, 114:7

## G

GARAUFIS [1] - 101:9
General [3] - 106:5, 115:24, 116:3
general [1] - 109:14
German [5] - 102:24, 103:13, 103:18, 103:24, 111:4
Germany [3] - 103:3, 103:17, 113:2
given [2] - 103:8, 103:17
glass [1] - 119:20
GlobalNet [5] - 105:13, 108:23, 109:3, 112:16
goal [1] - 110:7
goals [1] - 109:15
good-faith [1] - 113:4
Government [1] - 101:12
government [32] - 102:10, 102:13, 103:4, 104:13, 107:22, 108:5, 108:16, 109:5, 109:9, 109:16, 109:18, 110:10, 110:15, 110:18, 110:24, 111:1, 111:3, 111:9, 111:11, 111:18, 111:20, 111:23, 111:25, 113:4, 113:17, 117:8, 117:20, 119:7, 120:2, 120:3, 121:7, 121:22
government's [8] - 102:20, 103:11, 110:3, 112:25, 113:13, 118:23, 120:7, 120:11

**Grand** [1] - 107:20
**grant** [1] - 120:20
**Guideline** [1] - 116:24
**Guidelines** [2] - 106:2, 113:10
**guidelines** [3] - 106:3, 106:16, 106:17
**guilty** [7] - 104:15, 106:24, 107:23, 108:22, 108:24, 111:17, 112:5
**GUSHLAK** [1] - 101:5
**Gushlak** [8] - 102:4, 103:19, 104:2, 115:6, 115:20, 119:17, 119:19, 121:25

**H**

**hand** [1] - 107:16
**handle** [1] - 110:3
**handlers** [1] - 110:18
**happy** [1] - 105:22
**harm** [1] - 114:4
**Hayes** [1] - 119:18
**hear** [2] - 105:22, 114:21
**heard** [1] - 105:21
**hearing** [3] - 118:8, 120:13, 120:15
**higher** [1] - 106:19
**himself** [1] - 109:21
**history** [2] - 109:7, 112:20
**Homeland** [1] - 116:15
**Honor** [24] - 102:7, 102:12, 102:23, 103:13, 103:22, 103:23, 105:5, 105:14, 105:16, 106:9, 115:2, 115:11, 117:21, 118:10, 118:12, 118:15, 119:1, 119:3, 119:16, 120:3, 120:23, 120:25, 121:23
**Honor's** [1] - 104:5
**HONORABLE** [1] - 101:9
**Howard** [1] - 105:10
**hundred** [2] - 103:9

**I**

**identifying** [1] - 108:5
**ill** [1] - 112:2
**illegally** [1] - 116:16
**immediately** [3] - 115:9, 116:4, 116:18
**impact** [1] - 109:23
**important** [1] - 109:15
**impose** [6] - 106:22, 107:7, 113:14, 116:1, 118:1, 118:3
**imposed** [2] - 112:24, 113:20
**imposing** [2] - 116:3, 116:4
**impossible** [1] - 121:12
**incarceration** [2] - 113:8, 113:14
**include** [2] - 105:9, 109:16
**including** [2] - 105:13, 105:23
**incomplete** [1] - 104:6
**inconsistent** [2] - 107:15, 110:16
**inculpatory** [1] - 110:23
**indeed** [1] - 110:5
**Indiana** [1] - 119:22
**indicate** [1] - 110:5
**indicated** [2] - 106:12, 106:17

**indications** [2] - 106:4, 108:14
**indirectly** [1] - 117:24
**individuals** [1] - 105:11
**induced** [1] - 117:8
**industry** [2] - 117:24, 118:4
**infer** [1] - 109:19
**influenced** [1] - 112:25
**information** [9] - 104:6, 107:1, 107:4, 107:23, 109:2, 109:23, 110:24, 111:1, 121:6
**informed** [3] - 104:15, 108:9, 112:5
**initial** [1] - 110:11
**inquiry** [1] - 110:3
**instead** [1] - 112:7
**intangible** [1] - 114:9
**intelligence** [1] - 108:1
**interested** [1] - 110:14
**interesting** [1] - 103:11
**investigated** [2] - 103:25, 111:4
**investigation** [2] - 107:18, 110:13
**investment** [2] - 108:21, 114:16
**investors** [1] - 114:4
**involved** [2] - 106:23, 107:8
**involvement** [1] - 109:8
**irrevocable** [1] - 111:13
**issue** [2] - 104:23, 105:5
**issuing** [1] - 105:23
**items** [1] - 121:16

**J**

**jail** [1] - 110:10
**January** [2] - 120:10, 120:11
**judge** [1] - 114:19
**JUDGE** [1] - 101:10
**Judge** [5] - 105:4, 105:19, 105:24, 106:10, 119:18
**judgment** [6] - 105:9, 105:23, 111:11, 113:21, 117:11, 118:8
**jurisdiction** [1] - 114:10

**K**

**Kealy** [3] - 109:7, 109:9, 109:25
**keep** [1] - 111:1
**keeping** [2] - 110:6, 110:15
**kept** [1] - 109:3
**knows** [1] - 110:19

**L**

**lacked** [1] - 111:10
**language** [1] - 118:7
**large** [1] - 114:11
**last** [2] - 110:21, 119:16
**laundered** [1] - 107:1
**laundering** [2] - 106:23, 107:9
**law** [8] - 107:25, 109:8, 110:17, 112:15, 112:23, 115:6, 117:14, 120:8

**lawyer** [2] - 103:2, 103:3
**lawyers** [1] - 103:2
**learn** [1] - 110:12
**learned** [1] - 107:18
**least** [1] - 107:6
**legal** [2] - 111:20, 114:2
**lengthy** [1] - 115:18
**lenient** [2] - 112:17, 119:4
**less** [3] - 103:9, 109:20
**letter** [10] - 102:9, 102:19, 102:20, 102:21, 103:11, 103:12, 103:14, 103:19, 103:23, 104:7
**level** [4] - 106:1, 106:5, 106:8, 106:17
**license** [1] - 108:17
**lie** [1] - 110:4
**lied** [1] - 109:25
**lies** [1] - 109:9
**life** [1] - 112:7
**limited** [1] - 117:15
**Linehan** [1] - 101:17
**listed** [1] - 107:2, 113:10
**lists** [1] - 105:11
**living** [1] - 107:20
**located** [1] - 113:16
**logo** [2] - 108:22, 109:1
**looked** [1] - 104:23
**lORETTA** [1] - 101:12
**loss** [1] - 116:20
**losses** [2] - 103:6, 120:8
**lump** [1] - 116:18
**LYNCH** [1] - 101:12

**M**

**mailed** [1] - 102:13
**Marshals** [2] - 120:1, 122:4
**mastermind** [1] - 103:15
**materials** [1] - 121:12
**matter** [1] - 121:10
**matters** [1] - 117:21
**maximum** [3] - 106:17, 107:9, 115:25
**means** [1] - 111:10
**mechanical** [1] - 101:24
**meet** [1] - 111:24
**meeting** [1] - 103:2
**memo** [1] - 115:4
**memorandum** [3] - 105:9, 110:9, 120:8
**mere** [1] - 111:9
**met** [4] - 102:24, 102:25, 103:4, 107:24
**Mets** [1] - 102:25
**might** [3] - 111:21, 114:5, 115:10
**million** [2] - 111:12, 116:4
**minor** [1] - 114:20
**minute** [1] - 121:25
**Miss** [1] - 103:3
**model** [1] - 108:13
**modicum** [1] - 114:3
**Monday** [3] - 120:9, 120:10, 120:11
**money** [2] - 106:23, 107:8

**months** [4] - 106:4, 111:9, 115:24, 116:2
**morning** [2] - 102:3, 102:5
**most** [4] - 109:15, 112:3, 112:10, 119:4
**motion** [1] - 109:17
**MR** [32] - 102:7, 102:12, 102:19, 102:23, 104:9, 104:20, 105:4, 105:5, 105:8, 105:15, 105:19, 105:24, 106:9, 106:10, 114:19, 114:22, 115:2, 115:4, 117:21, 118:10, 118:12, 118:15, 119:1, 119:16, 119:22, 120:3, 120:23, 120:25, 121:2, 121:5, 121:23, 121:25
**must** [3] - 107:11, 116:9, 116:10
**Myron** [1] - 102:4
**MYRON** [1] - 101:5

# N

**name** [2] - 108:22, 109:1
**names** [1] - 105:11
**necessarily** [1] - 113:23
**necessary** [4] - 104:11, 108:15, 120:8, 120:14
**need** [4] - 102:16, 112:21, 113:11, 121:19
**needs** [1] - 112:2
**negative** [1] - 109:23
**never** [4] - 103:15, 103:16, 103:18, 111:20
**NEW** [1] - 101:1
**New** [6] - 101:4, 101:15, 101:21, 107:17, 109:10, 114:24
**next** [2] - 107:24, 118:25
**NICHOLAS** [1] - 101:9
**Northeast** [2] - 118:17, 118:20
**noted** [1] - 102:1
**notes** [1] - 110:9
**notified** [2] - 104:21, 104:25
**notify** [1] - 111:3
**November** [1] - 101:5
**number** [1] - 103:8
**numerous** [2] - 107:24, 110:20
**NY** [1] - 101:18

# O

**obligated** [3] - 104:17, 110:1, 120:19
**observing** [1] - 110:20
**obtained** [3] - 107:2, 116:25, 117:3
**obvious** [1] - 109:22
**obviously** [2] - 104:9, 119:4
**occur** [1] - 120:15
**OF** [3] - 101:1, 101:3, 101:9
**offense** [5] - 106:1, 106:5, 106:8, 106:17, 119:5
**offenses** [2] - 112:13, 116:21
**office** [6] - 107:17, 108:10, 109:11, 113:25, 114:24, 114:25
**office's** [2] - 107:18, 110:13

**old** [1] - 104:23
**once** [1] - 117:16
**one** [11] - 103:18, 107:4, 107:16, 108:10, 108:23, 109:14, 112:9, 112:16, 114:19, 115:23, 120:14
**one-year** [1] - 103:18
**open** [1] - 102:1
**operative** [1] - 106:3
**opportunity** [4] - 104:17, 109:15, 119:17, 119:19
**oppose** [1] - 104:9
**order** [10] - 111:16, 113:11, 116:10, 116:21, 117:2, 117:4, 117:10, 122:4
**ordered** [1] - 116:10
**ordinarily** [1] - 105:17
**otherwise** [1] - 114:9
**outed** [1] - 109:21
**outside** [4] - 113:16, 113:22, 117:25, 118:2
**overt** [1] - 107:3
**own** [2] - 107:21, 111:2
**owner** [2] - 113:19

# P

**p.m** [1] - 101:6
**part** [1] - 106:5
**particular** [1] - 112:21
**parties** [1] - 106:8
**Patrick** [1] - 109:7
**pay** [4] - 111:10, 111:21, 114:15, 116:10
**payable** [2] - 116:4, 116:18
**payment** [2] - 116:17, 116:25
**penny** [1] - 111:9
**people** [1] - 115:10
**perfectly** [1] - 112:24
**period** [6] - 115:14, 115:18, 116:4, 119:11, 119:14, 120:18
**permit** [1] - 119:13
**perpetrate** [1] - 114:5
**person** [1] - 112:9
**personally** [1] - 102:24
**perspectives** [1] - 103:21
**place** [2] - 121:12, 121:15
**placed** [2] - 118:8, 119:13
**placing** [1] - 111:18
**Plaza** [2] - 101:14, 101:20
**plea** [4] - 106:25, 107:23, 111:17, 112:5
**pleaded** [4] - 104:14, 106:24, 108:22, 108:24
**point** [2] - 105:20, 115:18
**position** [1] - 115:13
**possess** [1] - 116:12
**possession** [2] - 108:10, 114:12
**possible** [2] - 118:23, 119:17
**potentially** [2] - 110:23, 111:19
**practical** [1] - 121:10
**precisely** [1] - 103:12

**preliminary** [1] - 117:10
**preparing** [1] - 112:7
**preponderance** [1] - 117:7
**present** [2] - 107:14, 115:15
**Present** [1] - 101:17
**presenting** [1] - 109:21
**pressed** [1] - 110:10
**pressured** [1] - 109:10
**prison** [3] - 112:6, 114:6, 114:17
**Prisons** [2] - 118:19, 119:8
**private** [1] - 108:21
**probability** [1] - 114:15
**Probation** [1] - 116:11
**proceeding** [5] - 102:4, 105:2, 110:19, 111:2, 116:15
**proceedings** [3] - 104:22, 105:25, 121:15
**PROCEEDINGS** [1] - 101:9
**Proceedings** [1] - 101:24
**proceeds** [1] - 114:16
**process** [2] - 111:20, 121:18
**produced** [1] - 101:25
**promote** [1] - 112:22
**prompted** [1] - 110:4
**promptly** [3] - 107:16, 111:3, 118:23
**proper** [1] - 113:7
**properly** [1] - 117:14
**property** [2] - 106:22, 107:8
**proposed** [1] - 121:4
**prosecution's** [1] - 111:5
**prosecutor** [2] - 102:25, 103:5
**protect** [1] - 112:21
**protection** [2] - 108:16, 114:4
**proves** [1] - 103:23
**provide** [8] - 107:25, 109:16, 114:3, 116:11, 116:6, 118:7, 121:4, 121:6
**provided** [2] - 106:19, 109:5
**public** [4] - 112:21, 115:9, 121:12, 121:17
**pump** [1] - 107:19
**pumping** [1] - 108:24
**punitive** [1] - 113:20
**purporting** [1] - 113:1
**purposes** [1] - 105:10
**pursuing** [1] - 113:25
**put** [4] - 103:13, 106:12, 109:11, 115:4

# Q

**quickly** [1] - 110:10

# R

**range** [1] - 106:4
**reach** [2] - 111:19, 113:17
**read** [1] - 102:15
**ready** [2] - 114:18, 115:21
**reality** [1] - 112:7
**reason** [2] - 103:12, 115:4

**reasonable** [1] - 114:14
**reasons** [1] - 112:20
**receive** [1] - 121:16
**received** [4] - 102:4, 102:8, 104:8, 112:17
**recommend** [3] - 118:16, 118:18, 119:4
**record** [2] - 102:18, 121:17
**recorded** [1] - 101:24
**recovers** [1] - 112:2
**redacted** [2] - 121:4, 121:10
**reduced** [1] - 113:20
**reenter** [1] - 116:16
**regard** [2] - 107:11, 116:17
**regarded** [1] - 108:15
**Region** [2] - 118:17, 118:20
**regulations** [1] - 119:13
**relating** [1] - 108:2
**relation** [2] - 109:3, 113:14
**relationship** [1] - 110:17
**relatively** [1] - 111:10
**release** [5] - 110:10, 114:16, 116:5, 116:9, 117:22
**relevant** [3] - 110:23, 111:1, 113:3
**reluctance** [1] - 109:13
**reluctant** [1] - 121:20
**remain** [5] - 121:5, 121:7, 121:11, 121:13, 121:14
**remand** [1] - 118:13
**remanding** [2] - 119:25, 122:4
**remorseful** [1] - 112:11
**removed** [1] - 121:16
**reply** [2] - 105:8, 120:11
**Reporter** [1] - 101:20
**represented** [1] - 108:8
**represents** [1] - 109:10
**request** [3] - 118:22, 118:23, 121:5
**require** [1] - 118:18
**required** [1] - 119:10
**respect** [8] - 102:19, 102:20, 104:13, 105:12, 107:16, 112:22, 117:6, 118:3
**response** [2] - 104:11, 120:10
**rest** [1] - 105:3
**restitution** [19] - 103:7, 104:24, 105:1, 105:11, 105:22, 105:23, 111:16, 111:21, 113:11, 116:6, 116:9, 116:17, 116:21, 117:2, 117:3, 117:4, 120:5, 120:6, 120:17
**result** [2] - 111:17, 112:17
**retained** [1] - 117:1
**revealed** [1] - 115:5
**revisit** [1] - 104:10
**risk** [3] - 114:4, 114:8, 114:12
**rulings** [1] - 104:11
**Ryan** [2] - 112:2, 112:5

## S

**sales** [2] - 107:2, 107:5
**satisfy** [1] - 117:4

**schedule** [6] - 105:2, 116:17, 120:4, 120:6, 120:13, 120:21
**scheme** [1] - 107:19
**schemes** [3] - 108:3, 108:7, 110:6
**seal** [2] - 104:22, 109:4, 121:8, 121:15
**sealed** [3] - 121:6, 121:11, 121:14
**seated** [1] - 102:2
**Second** [2] - 117:13
**second** [2] - 111:8, 119:1
**secrecy** [2] - 108:15, 108:20
**secret** [2] - 110:6, 110:15
**Section** [9] - 106:16, 106:21, 107:7, 107:12, 107:13, 109:17, 113:10, 116:23
**Sections** [1] - 113:12
**securing** [1] - 108:6
**securities** [8] - 107:2, 107:3, 107:5, 108:7, 111:4, 113:2, 117:23, 118:4
**Security** [1] - 116:16
**seek** [3] - 110:2, 117:22, 121:2
**seeking** [1] - 118:12
**self** [1] - 102:20
**self-explanatory** [1] - 102:20
**sentence** [3] - 103:18, 104:3, 104:4, 106:15, 112:17, 112:19, 112:24, 114:6, 115:23, 116:1, 116:2, 117:12, 119:14
**sentenced** [4] - 112:6, 114:18, 115:21, 119:18
**sentencing** [9] - 102:4, 105:3, 105:8, 109:20, 110:5, 110:9, 110:19, 117:15, 119:10
**Sentencing** [3] - 106:2, 113:10, 116:24
**separate** [1] - 116:15
**serious** [1] - 112:3
**seriousness** [1] - 112:12
**serve** [1] - 114:3
**serves** [1] - 114:5
**Service** [1] - 120:1, 122:5
**set** [2] - 105:2, 109:12
**sets** [1] - 107:2, 107:5
**setting** [1] - 119:14
**seven** [2] - 112:5, 119:24
**several** [5] - 107:14, 107:25, 108:22, 110:25, 118:25
**shall** [3] - 116:12, 117:1, 117:3
**Shein** [1] - 103:3
**show** [1] - 113:1
**signed** [1] - 122:3
**significant** [2] - 113:19, 114:12
**similar** [2] - 108:6, 113:15
**similarly** [1] - 112:15
**situated** [1] - 112:15
**six** [1] - 107:24
**size** [1] - 113:15
**small** [1] - 111:10
**snapshot** [1] - 115:16
**somewhat** [1] - 104:23
**son** [5] - 112:1, 112:7, 119:19, 119:21, 119:22
**son's** [1] - 112:4
**soon** [1] - 120:15
**sorry** [1] - 114:19

**special** [3] - 116:6, 116:8, 117:22
**specific** [1] - 118:6
**specifically** [2] - 106:20, 115:7, 115:8
**SPECTOR** [17] - 101:13, 102:7, 104:9, 104:20, 105:4, 105:15, 105:19, 105:24, 106:10, 114:19, 114:22, 117:21, 118:12, 120:3, 120:23, 121:2, 121:23
**Spector** [1] - 118:11
**speculating** [1] - 111:8
**stand** [2] - 109:11, 115:1
**state** [1] - 115:8
**statements** [1] - 109:6
**STATES** [3] - 101:1, 101:3, 101:10
**States** [19] - 101:13, 106:20, 107:6, 107:12, 107:21, 108:9, 113:12, 113:16, 113:22, 114:8, 114:10, 116:14, 116:16, 116:22, 117:13, 117:25, 118:3, 118:5, 118:21
**statutes** [1] - 106:18
**statutory** [2] - 115:25, 120:17
**stenography** [1] - 101:24
**stiffer** [1] - 112:19
**stock** [1] - 108:24
**stocks** [1] - 111:9
**strike** [1] - 113:7
**subject** [1] - 111:16
**submission** [2] - 102:5, 113:1
**submissions** [2] - 110:5, 120:7
**submitted** [1] - 120:16
**substantial** [3] - 108:14, 109:17, 111:18
**success** [1] - 113:25
**successful** [1] - 110:21
**sudden** [1] - 111:21
**suffered** [1] - 116:20
**sufficient** [1] - 102:18
**sufficiently** [1] - 120:15
**Sulzer** [1] - 101:20
**sum** [2] - 116:18, 116:25
**supervised** [3] - 116:5, 116:9, 117:22
**support** [1] - 112:2
**surrender** [1] - 119:23
**suspected** [1] - 108:1
**Switzerland** [1] - 103:3
**sympathetic** [1] - 112:3

## T

**technical** [1] - 108:2
**ten** [2] - 110:21, 119:24
**term** [2] - 113:8, 113:14
**testify** [4] - 109:13, 109:15, 111:7, 114:23
**testimony** [1] - 110:20
**THE** [3] - 101:9, 115:22, 117:19
**The court** [71] - 102:2, 102:8, 102:14, 102:22, 104:7, 104:10, 104:12, 104:18, 105:1, 105:7, 105:17, 105:20, 105:25, 106:11, 106:12, 106:21, 107:7, 107:14, 108:8, 109:5, 109:19, 110:19, 111:15,

112:1, 112:3, 112:11, 112:19, 112:24,
113:2, 113:8, 113:11, 113:13, 113:18,
113:20, 113:22, 114:13, 114:21, 115:1,
115:3, 115:12, 115:23, 116:10, 116:19,
117:1, 117:2, 117:6, 117:9, 117:14,
117:20, 118:2, 118:14, 118:18, 119:6,
119:7, 119:9, 119:11, 119:12, 119:21,
119:25, 120:4, 120:13, 120:16, 120:19,
120:20, 120:24, 121:1, 121:9, 121:21,
121:24, 122:2

**theoretical** [1] - 117:24
**theory** [1] - 114:2
**therefore** [2] - 107:9, 117:16
**thousand** [2] - 103:9, 103:10
**three** [4] - 107:2, 107:5, 108:23, 116:5
**Title** [2] - 107:12, 116:22
**today** [2] - 112:25, 121:22
**today's** [1] - 116:22
**took** [1] - 121:15
**total** [1] - 106:1
**totally** [1] - 119:9
**touches** [1] - 118:4
**toward** [1] - 117:5
**transactions** [2] - 106:23, 107:9
**TRANSCRIPT** [1] - 101:9
**transcript** [1] - 101:24
**transcripts** [1] - 121:14
**transferred** [1] - 118:25
**trial** [8] - 103:16, 103:17, 103:23,
103:24, 104:5, 109:12, 111:6
**troubling** [1] - 108:14
**truly** [1] - 112:11
**trust** [2] - 111:13, 111:19
**Trust** [1] - 114:1
**TrustCrossroads** [1] - 114:1
**twice** [2] - 106:22, 107:8
**two** [10] - 102:25, 106:6, 106:25,
116:1, 116:2, 116:5, 117:21, 119:11,
121:3, 121:17

## U

**U.S** [9] - 101:4, 101:14, 105:9, 107:25,
109:8, 110:12, 113:24, 114:4, 116:15
**under** [12] - 104:22, 106:2, 106:16,
107:6, 107:12, 109:4, 113:12, 114:1,
116:22, 116:24, 121:8, 121:15
**UNITED** [3] - 101:1, 101:3, 101:10
**United** [19] - 101:13, 106:20, 107:6,
107:12, 107:21, 108:9, 113:12, 113:16,
113:22, 114:8, 114:10, 116:14, 116:16,
116:22, 117:13, 117:25, 118:3, 118:5,
118:20
**unknown** [1] - 109:13
**unless** [1] - 102:16
**unreachable** [1] - 113:23
**unsealed** [1] - 121:3
**up** [1] - 115:20
**useful** [1] - 108:5
**usefulness** [1] - 108:16

## V

**value** [2] - 106:22, 113:21
**version** [1] - 121:11
**versions** [1] - 121:4
**versus** [1] - 105:10
**victims** [8] - 104:14, 104:15, 104:16,
104:17, 104:21, 105:21, 111:22, 116:20
**victims'** [1] - 120:7
**view** [2] - 102:13, 103:7
**visit** [1] - 119:19
**void** [1] - 117:9
**volition** [1] - 107:21

## W

**wall** [1] - 119:20
**warranted** [2] - 112:19, 114:11
**wealth** [1] - 111:21
**Website** [1] - 108:20
**Wednesday** [1] - 120:18
**weeks** [3] - 118:25, 121:3, 121:17
**whichever** [1] - 121:13
**willing** [1] - 115:10
**wish** [2] - 102:16, 105:21
**witness** [4] - 109:11, 110:22, 114:23
**witnesses** [2] - 109:14, 110:20
**worthwhile** [1] - 117:17

## Y

**year** [1] - 103:18
**years** [7] - 107:24, 108:22, 110:21,
112:5, 112:6, 116:5, 119:6
**yesterday** [6] - 103:13, 104:5, 106:12,
112:1, 112:4, 113:3
**yesterday's** [1] - 105:25
**yielded** [1] - 107:5
**YORK** [1] - 101:1
**York** [6] - 101:4, 101:15, 101:21,
107:17, 109:10, 114:24