**DOCKET NUMBER**: CR 03-833 (NGG)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**Date Received By Docket Clerk:**_____   **Docket Clerk Initials:**_____

**BEFORE JUDGE:** GARAUFIS   **DATE:** NOVEMBER 16, 2011   **TIME IN COURT** ___ **HRS** 30 **MINS**
@ 10:30 AM

**1. DEFENDANT** : MYRON GUSHLAK

Present   Not Present  X   Custody X  Not Custody

**DEFENSE COUNSEL:**   BRIAN ROSNER
**FEDERAL DEFENDER:**   CJA:   RETAINED:  X

**2. DEFENDANT:**
Present   Not Present   Custody   Not Custody

**DEFENSE COUNSEL:**
**FEDERAL DEFENDER:**   CJA:   RETAINED:

**A.U.S.A.:** DAN SPECTOR

**COURT REPORTER:** ANTHONY FRISOLONE

**INTERPRETER:   LANGUAGE:**

- ☐ Change of Plea Hearing (~Util-Plea Entered)
- ☐ Arraignment
- ☐ Pre Trial Conference
- ☐ Violation
- X Status Conference
- ☐ Bail Appeal
- ☐ Voir Dire Begun
- ☐ Voir Dire Held   Jury selection
- ☐ Jury Trial Death Penalty   ☐ Sentence enhancement Phase
- ☐ Revocation of Probation contested
- ☐ Sentencing on a violation
- ☐ Motion Hearing
- ☐ Hearing
- ☐ Sentencing
- ☐ Motion for sentence reduction
- ☐ Oral Argument
- ☐ Jury trial
- ☐ Bench Trial Begun

**Speedy Trial Start:   Speedy Trial Stop:   CODE TYPE: XT**

**Do these minutes contain ruling(s) on motion(s)?**   YES   NO   X

STATUS CONFERENCE HELD; THE REMAINING ISSUE IS CALCULATING THE LOSS OF THE DEFENDANT'S FRAUD; THE GOVERNMENT HAS ALREADY FILED PAPERS ON THIS ISSUE; DEFENSE RESPONSE IS DUE BY JANUARY 20, 2012; A HEARING IS SCHEDULED FOR MONDAY, FEBRUARY 13, 2012 AT 10:00 AM.. A STATUS CONFERENCE IS SCHEDULED FOR MONDAY, JANUARY 30, 2012 AT 10:00 AM..