UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Criminal Docket No. |
| v. | ) CR-03-0833 |
| | ) |
| MYRON L. GUSHLAK | ) (Garaufis, J.) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| WRIGHT BROTHERS AIRCRAFT TITLE, | ) |
| | ) |
| | ) |
| Garnishee. | ) |

CERTIFICATION OF SERVICE OF DOCUMENTS
ON GARNISHEE

The United States of America, the judgment creditor herein, hereby certifies that a copy of the Writ of Garnishment and supporting documents, such as, the Instructions to the Garnishee, cover letter to the Garnishee, form Answer of the Garnishee, Notice of the Defendant Debtor on How to Claim Exemptions, Claim for Exemption Form, and Instructions to Defendant-Judgment Debtor/Clerk's Notice of Post-Judgment Garnishment, were personally served on the garnishee, Wright Brothers Aircraft Title, as described in the attached Affidavit of Service dated October 27, 2011.

Dated: Brooklyn, New York
December 13, 2011

LORETTA E. LYNCH
United States Attorney

*s/Beth P. Schwartz*
BETH P. SCHWARTZ
Assistant U.S. Attorney
(718) 254-6017

## AFFIDAVIT OF SERVICE

| State of New York | County of Eastern | U.S. District Court |
|---|---|---|

Index Number: CR030833
Date Filed: _____

Plaintiff/Petitioner:
**UNITED STATES OF AMERICA**

vs.

Defendant/Respondent:
**MYRON L. GUSHLAK**

Received by SAMSERV, INC. to be served on **Wright Brothers Aircraft Title, Attention: Debbie Mercer, 9075 Harmony Drive, Oklahoma City, OK 73130**.

I, CHRISTINA REED, being duly sworn, depose and say that on the **27th day of October, 2011 at 12:01 pm**, I:

Served the within named with a true copy of the **Application for Writ of Continuing Garnishment; Writ of Continuing Garnishment; Cover Letter; to the Garnishment; Instructions to the Garnishment; Form Answer of the Garnishment; Notice to Defendant Debtor on How to Claim Exemptions; Claim for Exemption Form; Instructions to Defendant - Judgment Debtor/Clerk's Notice of Post - Judgment Garnishment** by leaving with Debbie Mercer, Authorized to Accept at **9075 Harmony Drive, Oklahoma City, OK 73130**.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'3, Weight: 140, Hair: Brow/Red, Glasses: Y

I am over the age of eighteen, and have no interest in the above action.

Subscribed and Sworn to before me on the 7th day of November, 2011 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

*LORRI LANE*
*Notary Public, State of Oklahoma*
*Commission # 10008369*
*My Commission Expires October 06, 2014*

_____
**CHRISTINA REED**
Process Server

SAMSERV, INC.
85 Willis Avenue
Mineola, NY 11501
(516) 248-1885

Our Job Serial Number: HAT-2011017120
Ref: 3080

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4i