## ROSNER & NAPIERALA, LLP
ATTORNEYS AT LAW
26 BROADWAY - 22ND FLOOR
NEW YORK, NEW YORK 10004-1808
212.785.2577 MAIN / 212.785.5203 FAX

WWW.RMNLLP.COM

January 17, 2012

By Hand and EFC
The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:    United States v. Myron G. Gushlak, Criminal Docket No. 03-833 (NGG)

Dear Judge Garaufis:

      We are counsel for Mr. Gushlak.  We respectfully submit this letter seeking an extension of time from this Friday, January 20th to Tuesday, January 24th to submit the defense response to the Government's Fourth Motion for Restitution in the above matter.

      The hearing in this matter is scheduled for February 13th and 14th, and a pre-hearing conference is scheduled for January 30th.  Mr. Spector, counsel for the Government, consents to this request.

                                   Very truly yours,

                                   Brian Rosner

cc:    Alan Futerfas, Esq. (by email and EFC)
        Daniel A. Spector, Assistant United States Attorney (by email and EFC)