

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

DAS
F.#2003R00405

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

January 27, 2012

**BY EMAIL & ECF**
The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: United States v. Myron L. Gushlak
    Criminal Docket No. 03-833 (NGG)

Dear Judge Garaufis:

  The government consents to proceeding with the status conference scheduled for Monday, January 30, 2012 in the above-captioned case without the presence of the defendant.  As noted in the letter filed by defense counsel today, the defendant has waived his presence at the status conference.

         Respectfully Submitted,

         LORETTA E. LYNCH
         United States Attorney

      By: /s/ Daniel Spector
         Daniel A. Spector
         Assistant U.S. Attorney
         (718) 254-6345

cc: Alan Futerfas, Esq.
  Brian Rosner, Esq.