

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JFM:DAS                                   *271 Cadman Plaza East*
F.#2003R00405                              *Brooklyn, New York  11201*

February 12, 2012

**BY ECF & EMAIL**
Alan Futerfas, Esq.
260 Madison Avenue, 22nd Floor
New York, NY 10016

Brian Rosner
Rosner & Napierala, LLP
26 Broadway – 22nd Floor
New York, NY 10004-1808

    Re:  United States v. Myron L. Gushlak
          Criminal Docket No. 03-833 (NGG)

Gentlemen:

    Please find enclosed material provided pursuant to 18 U.S.C. § 3500 and Fed. R. Crim. P. 26.2 with respect to the government's sole witness, Dr. David De Rosa, labeled 3500-DD-1 through 3500-DD-14.

    Please provide me with a copy of all material pursuant to Rule 26.2 as soon as possible.

                           Very Truly Yours,

                           LORETTA E. LYNCH
                         United States Attorney

                    By:  <u>/s/Daniel Spector</u>
                         Daniel A. Spector
                         Assistant U.S. Attorney
                         (718) 254-6345

cc: Hon. Nicholas G. Garaufis