# ALAN S. FUTERFAS
ATTORNEY AT LAW
565 FIFTH AVENUE, 7TH FLOOR
NEW YORK, NEW YORK 10017
(212) 684-8400

ELLEN B. RESNICK
MATTHEW C. McCANN

BETTINA SCHEIN
OF COUNSEL

FACSIMILE: (212) 684-5259
asfuterfas@futerfaslaw.com

March 1, 2012

***By ECF***
Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *United States v. Myron Gushlak, 03 Cr. 833 (NGG)*

Dear Judge Garaufis:

This letter respectfully requests that Mr. Gushlak be permitted to appear for the second part of his restitution hearing on March 5, 2012 in a suit. The U.S. Marshall Service has stated that upon Court order, his suit may be delivered to them at the courthouse.

Thank you for your consideration and continuing courtesies.

Respectfully yours,

Alan S. Futerfas