UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER |
| - against - | Criminal Docket No.<br>CR-03-0833 (NGG) |
| MYRON GUSHLAK, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

WHEREAS, pursuant to his conviction for conspiracy to commit securities fraud, pursuant to 18 U.S.C. § 371, and conspiracy to commit money laundering, pursuant to 18 U.S.C. §§ 1956(h) and 1956(a)(3), this court imposed a Judgment against defendant Myron Gushlak on November 18, 2010, and sentenced him to pay an assessment of $200.00 and a fine of $25,000,000.00, plus interest, among other things; and

WHEREAS, this court amended the Judgment imposed against defendant by issuing a Restitution Order, dated May 15, 2012, and sentenced defendant to pay restitution in the amount $17,492,817.45, plus interest, among other things; and

WHEREAS, as of June 20, 2017, the outstanding principal balance for the restitution imposed against defendant is $15,053,084.99; and

WHEREAS, on or about March 9, 2010, the defendant deposited $2 million with the Clerk of the Court as a cash bond in connection with the above-captioned case, which amount remains on deposit in the Court Registry Investment System ("CRIS Account"); and

WHEREAS, the United States filed a motion that the Court order that the $2 million on deposit in the CRIS Account, together with any accrued interest, be applied to the payment of the outstanding restitution judgment imposed against the defendant, pursuant to

1

28 U.S.C. § 2044, (*see* Docket Entries 121, 121-1, 121-2 and 121-3),

IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 2044, within ten days of the issuance of this Order, the Clerk of the Court shall withdraw the $2,000,000.00 on deposit in the CRIS Account, together with any interest that has accrued thereto, and apply the monies to the outstanding restitution judgment imposed against defendant.

Dated: Brooklyn, NY

July 6, 2017

s/Nicholas G. Garaufis
_____
HONORABLE NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK