

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AL/WK:KMT
F. #2011R00826

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 7, 2019

By ECF

Hon. Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Myron L. Gushlak
     Criminal Docket No. 03-0833 (NGG)

Dear Judge Garaufis:

  The government respectfully requests leave to file a reply of not more than five pages to Alan Futerfas's May 8, 2019 letter to the Court (DE:148), in response to the government's April 10, 2019 letter (DE:147). If the Court grants such leave, the government is prepared to file its reply promptly, or on whatever date the Court sets.

          Respectfully submitted,

          RICHARD P. DONOGHUE
          United States Attorney

     By:   /s/
        Whitman G.S. Knapp
        Assistant U.S. Attorney
        (718) 254-6107

c.c.: Steven L. Kessler, Esq., counsel for Alan S. Futerfas (by Email)